UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catelin Clobes,

      Plaintiff,

v.

NBCUniversal Media, LLC et al.,

      Defendants.

Case No. 21-cv-2117 PJS/ECW

**ORDER**

Plaintiff Catelin Clobes filed this case on September 24, 2021, and summonses issued as to all Defendants on September 27, 2021.  (Dkts. 1, 4.)  It appears that more than 90 days have elapsed since Plaintiff filed this suit and that no appearance has been entered by Defendants NBCUniversal Media, LLC, Brandy Zadronzny, and Aliza Nadi.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.  The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for Plaintiff is directed to:

1. File proof of service of the summons and complaint or a waiver of service on CM/ECF;

2. Immediately notify counsel for Defendants that they are required to make an appearance or move for an extension of time to do so;

3. File an application for entry of default unless the required pleading or request for extension is filed within 10 days of the date of this Order; or

4. Advise the Court in writing of any good cause to the contrary.

Unless counsel for Plaintiff Catelin Clobes complies with this Order within 20 days of the date of this Order, this Court will recommend dismissal for failure to prosecute.

DATED: December 30, 2021

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge