# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,<br><br>Defendants. | Civil Case NO. 21-cv-02117-PJS-ECW<br><br>**NOTICE OF APPEARANCE** |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for NBCUniversal Media, LLC, the only defendant that has been served as of the date of this filing.

Dated: January 10, 2022         **BALLARD SPAHR LLP**

                                                                  *s/ Leita Walker*
                                                                 Leita Walker (MN Bar No. 0387095)
                                                                 walkerl@ballardspahr.com
                                                                 2000 IDS Center
                                                                 80 South 8th Street
                                                                 Minneapolis, MN 55402-2119
                                                                 Telephone: 612.701.5192

                                                                 ***Counsel for NBCUniversal Media, LLC***