# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,<br><br>Defendants. | Civil Action No.<br>21-cv-02117-PJS-ECW<br><br><br>**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 12 and 6(b), Plaintiff Catelin Clobes and Defendant NBCUniversal Media, LLC ("NBC") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** on December 23, 2021, Plaintiff served NBC with the Summons and Complaint;[1]

**WHEREAS,** the deadline for NBC to answer or otherwise respond to the Complaint is currently January 13, 2022; and

**WHEREAS,** given the intervening holidays NBC requires additional time to review the Complaint, evaluate the claims, and prepare a response;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that NBC's deadline to answer or otherwise respond to Plaintiff's Complaint is

---

[1] Plaintiff has not yet served individual defendants Brandy Zadrozny and Aliza Nadi with the Summons and Complaint. As such Zadrozny and Nadi have not appeared, are not parties to this stipulation, and as yet have no obligation to answer or otherwise respond to the Complaint.

extended to **February 14, 2022**. This is the first stipulated extension of time for NBC to answer or otherwise respond to Plaintiffs' Complaint.

Dated: January 11, 2022

| MARJORIE J. HOLSTEN | BALLARD SPAHR LLP |
|---|---|
| */s/  Marjorie J. Holsetn*<br>Marjorie J. Holsten<br>marjholsten@yahoo.com<br>9601 Annapolis Lane North<br>Maple Grove, MN 55369<br>Telephone: 763.420.7034<br><br>THE MERMIGIS LAW GROUP, P.C.<br><br>*/s/   James G. Mermigis*<br>James G. Mermigis<br>mermigislaw@gmail.com<br>(*pro hac vice forthcoming*)<br>85 Cold Spring Road, Suite 200<br>Syosset, New York 11791<br>Telephone: 516.353.0075<br><br>*Counsel for Plaintiff* | */s/ Leita Walker*<br>Leita Walker (MN Bar No. 0387095)<br>walkerl@ballardspahr.com<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2119<br>Telephone: 612.701.5192<br><br>Leslie Minora (*pro hac vice pending*)<br>minoral@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: 215.665.8500<br><br>*Counsel for NBCUniversal Media, LLC* |