UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,<br><br>Defendants. | Civil Action No.<br>21-cv-02117-PJS-ECW<br><br>**[PROPOSED] ORDER** |

This matter is before the Court, United States Magistrate Elizabeth Cowan Wright, on the Parties' Stipulation to Extend the Time to Answer or Otherwise Respond to the Complaint. Based on the Parties' representations, the Court hereby ADOPTS the Stipulation, and accordingly, IT IS HEREBY ORDERED that the deadline for NBCUniversal Media, LLC to answer or otherwise respond to Plaintiff's Complaint shall be extended to February 14, 2022.

Date: January __, 2022

_____
Honorable Elizabeth Cowan Wright
United States Magistrate Judge