# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>  Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,<br><br>Defendants. | Civil Action No.<br>21-cv-02117-PJS-ECW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC states that it is an indirect wholly owned subsidiary of Comcast Corporation, which is publicly traded. No other publicly held corporation owns 10% or more of the stock of NBCUniversal Media, LLC.

Dated: January 11, 2022

BALLARD SPAHR LLP

 *s/ Leita Walker*
Leita Walker (MN Bar No. 0387095)
walkerl@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.701.5192

Leslie Minora (*pro hac vice pending*)
minoral@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500

*Counsel for Defendants*