UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES, | Civil Case No. 21-cv-02117-PJS-ECW |
| Plaintiff, | |
| vs. | **MOTION FOR ADMISSION PRO HAC VICE** |
| NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI, | |
| Defendants. | |

**Affidavit of Movant**

I, Mary Andreleita ("Leita") Walker, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Leslie Minora, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for Defendant NBCUniversal Media, LLC in the case listed above. I am aware that the local rules of this court require that, unless the Court grants a motion for a non-Minnesota resident to serve as local counsel, an active Minnesota resident who is a member in good standing of the bar of this Court must participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: s/ Leita Walker     Date: January 11, 2022

MN Attorney License #: 0387095

**Affidavit of Proposed Admittee**

I, Leslie Minora, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  /s/ Leslie Minora          Date: January 11, 2022

Typed Name: Leslie Minora

Attorney License Number: 324799     issued by the Commonwealth of Pennsylvania

Firm Name:  Ballard Spahr LLP

Firm Address:     1735 Market Street, 51st Floor, Philadelphia, PA 19103

Main phone:     215-665-8500

Direct line:     215-864-8137

E-mail address:    minoral@ballardspahr.com

Dated: January 11, 2022                BALLARD SPAHR LLP

                                                     */s/ Leita Walker*
Leita Walker (MN Bar No. 0387095)
walkerl@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.701.5192

*Counsel for NBCUniversal Media, LLC*