# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Catelin Clobes | Case No.21-cv-2117 PJS/ECW |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| NBCUniversal Media, LLC et al | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter.

DATED:  January 11, 2022          *s/Elizabeth Cowan Wright*
                                   ELIZABETH COWAN WRIGHT
                                   United States Magistrate Judge