# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>                    Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC,<br>BRANDY ZADROZNY, and ALIZA<br>NADI,<br><br>                    Defendants. | Case No. 21-cv-02117 (PJS/JFD)<br><br>**ORDER** |

This matter is before the Court on the Parties' Stipulation to Extend the Time to Answer or Otherwise Respond to the Complaint (Dkt. No. 11). Based on the Parties' representations, the Court hereby ADOPTS the Stipulation, and accordingly,

**IT IS HEREBY ORDERED** that the deadline for NBCUniversal Media, LLC to answer or otherwise respond to Plaintiff's Complaint shall be extended to February 14, 2022.

Dated: January 12, 2022

*John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge