UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>  Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.;<br>BRANDY ZADROZNY; and<br>ALIZA NADI,<br><br>  Defendants. | Case No. 21-CV-2117 (PJS/JFD)<br><br><br>**ORDER** |

Plaintiff filed the Complaint in this matter on September 24, 2021. (Dkt. No. 1.) On December 30, 2021, the court ordered Plaintiff to file proof of service of the summons and complaint or a waiver of service on CM/ECF. (Dkt. No. 8.) Plaintiff filed proof of service on Defendant NBCUniversal only. As of January 11, 2022, a stipulation signed by Plaintiff stated that she "ha[d] not yet served individual Defendants Brandy Zadrozny and Aliza Nadi with the Summons and Complaint." (Stipulation at 1 n.1, Dkt. No. 11.) More than ninety (90) days have elapsed since this suit was filed, and Plaintiff has not filed proof of service of the summons and complaint, or a waiver of service, on Defendants Brandy Zadrozny or Aliza Nadi.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall,

1. Within ten (10) days of the date of this order, file on this Court's CM/ECF system proof of service of the Complaint on Defendants Zadrozny and Nadi;

2. Notify Defendants Zadrozny and Nadi or their counsel immediately that they are required to either answer or otherwise respond to the Complaint, <u>or</u> submit a stipulation for an extension of time to answer or otherwise respond,

   within twenty-one (21) days of the date of service of the Complaint pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i);

3. File the <u>above</u> notice in CM/ECF; and

4. If no answer or other response is filed by the above-named Defendants within twenty-one (21) days of the date of service of the Complaint, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within forty (40) days of the date of this order. Once default is entered by the clerk, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

5. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute. Additionally, because this is the second time that the Court orders Plaintiff to take these actions, no further extensions of time shall be granted.

Dated: January 21, 2022     <u>s/ John F. Docherty</u>
              JOHN F. DOCHERTY
              United States Magistrate Judge