UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **CATELIN CLOBES,**<br><br>Plaintiff,<br><br>vs.<br><br>**NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,**<br><br>Defendants. | Civil Action No.<br>21-cv-02117-PJS-ECW<br><br><br>**MOTION TO DISMISS BY DEFENDANT NBCUNIVERSAL MEDIA, LLC** |

Defendant NBCUniversal Media, LLC ("NBC"), hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint filed by Catelin Clobes with prejudice for failure to state a claim upon which relief can be granted.

WHEREFORE, NBC respectfully requests that the Court enter an order granting its Motion to Dismiss and dismissing the Complaint with prejudice.

Dated: February 14, 2022            BALLARD SPAHR LLP

  */s/ Leita Walker*
Leita Walker (MN Bar No. 0387095)
walkerl@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.701.5192

Leslie Minora (*pro hac vice*)
minoral@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500

*Counsel for Defendant NBCUniversal Media, LLC*