UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>                Plaintiff,<br><br>    v.<br><br>NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,<br><br>                Defendants. | Civil Action No.<br>21-cv-02117-PJS-FJD<br><br>MEET AND CONFER CERTIFICATION |

The undersigned certifies that, on January 17, 2022, in compliance with Rules 7.1(a) and (c) of the Local Rules of the United States District Court for the District of Minnesota, counsel for the parties met and conferred about the Motion to Dismiss by Defendant NBCUniversal Media, LLC.  The parties were unable to resolve the issues addressed in this motion.

| | |
|---|---|
| Dated:  February 14, 2022 | BALLARD SPAHR LLP<br><br> /s/ Leita Walker<br>Leita Walker (MN Bar No. 0387095)<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2119<br>Telephone: 612.701.5192<br><br>Leslie Minora (*pro hac vice*)<br>minoral@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: 215.665.8500<br><br>*Counsel for Defendant NBCUniversal Media, LLC* |

DMFIRM #401875156 v1