## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **CATELIN CLOBES,** | **Civil Action No.** |
| | **21-cv-02117-PJS-ECW** |
| **Plaintiff,** | |
| **vs.** | **[PROPOSED] ORDER** |
| **NBCUNIVERSAL MEDIA,  LLC,** | |
| **BRANDY ZADROZNY, and ALIZA** | |
| **NADI,** | |
| **Defendants.** | |

  **AND NOW**, this ___ day of _____, 2022, upon consideration of the

Motion to Dismiss by Defendant NBCUniversal Media, LLC ("NBC") and any

opposition and/or reply filed in connection therewith, it is hereby **ORDERED** that

NBC's Motion is **GRANTED** and this action is hereby **DISMISSED** with prejudice.

     **BY THE COURT:**

     _____

     Patrick J. Schiltz, J.
     United States District Judge