# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **CATELIN CLOBES,** | Civil Action No. |
| Plaintiff, | 21-cv-02117-PJS-FJD |
| v. | NOTICE OF HEARING ON DEFENDANT NBCUNIVERSAL MEDIA, LLC'S MOTION TO DISMISS |
| **NBCUNIVERSAL MEDIA, LLC, BRANDY ZADROZNY, and ALIZA NADI,** | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendant NBCUniversal Media, LLC will bring its Motion to Dismiss before the Honorable Patrick J. Schiltz **at 8:30 a.m. on June 1, 2022**, in Courtroom 14E of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

Dated:  February 15, 2022        BALLARD SPAHR LLP

 */s/ Leita Walker*
Leita Walker (MN Bar No. 0387095)
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.701.5192

Leslie Minora (*pro hac vice*)
minoral@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500

*Counsel for Defendant NBCUniversal Media, LLC*