# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES, | Case No. 21-CV-2117 (PJS/JFD) |
| Plaintiff, | |
| v. | |
| NBCUNIVERSAL MEDIA, LLC.; BRANDY ZADROZNY; and ALIZA NADI, | **ORDER ON REPORT AND RECOMMENDATION** |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Plaintiff's Complaint [Doc. No. 1] as to Defendants Brandy Zadrozny and Aliza Nadi is **DISMISSED without prejudice**.

Dated: February 28, 2022

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge