UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES, | Case No. 21-CV-2117 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Catelin Clobes's Letter (Dkt. No. 31), which was filed on March 22, 2022. For the reasons that follow, the Court grants Plaintiff's extension request as to her deadline to file an amended complaint <u>only</u>.

On February 15, 2022, this Court *sua sponte* ordered Plaintiff to amend her pleadings to properly allege the Court's subject-matter jurisdiction over this action. (Dkt. No. 26.) Plaintiff was required to file her amended pleadings within 14 days of the Court's Order, or by March 1, 2022. (*Id.* at 1.) When Plaintiff failed to meet this deadline, the Court issued a Report and Recommendation on March 8, 2022, recommending dismissal of the action for lack of subject-matter jurisdiction. (Dkt. No. 28.)

According to the Local Rules of this District, "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. D. Minn. LR 72.2(b)(1). Thus, Plaintiff had until March 22, 2022, to file her objections.

Instead, Plaintiff filed a letter on March 22, 2022, making two requests. First, Plaintiff asks for an extension of the deadline through April 1, 2022, in which to file an amended complaint properly alleging subject-matter jurisdiction pursuant to the Court's February 15 Order. (Pl.'s Letter at 1.) Plaintiff claims that she needs this additional time to investigate Defendant NBCUniversal Media, LLC's members' citizenships. (*Id.*) Second, Plaintiff requests a 14-day extension of the deadline in which to file her objections to this Court's Report and Recommendation. (*Id.*)

Finding that Plaintiff has provided sufficient justification for her request as to the deadline in which to file an amended complaint to allege with specificity the citizenship of the parties, the Court grants her request. However, Plaintiff is cautioned that no further extensions will be granted.

Additionally, this Court's March 8, 2022 Report and Recommendation remains pending before the District Court in this matter. If Plaintiff seeks to extend deadlines that relate to that Report and Recommendation, she will need to immediately direct her request to the Honorable Patrick J. Schiltz.

Accordingly, **IT IS HEREBY ORDERED** that <u>**on or before April 1, 2022**</u>, Plaintiff Catelin Clobes shall, in accordance with the Court's February 15 Order and the instant Order, file a First Amended Complaint that alleges with specificity the citizenship of each party at the time of this action's commencement.

Dated: March 23, 2022                *s/ John F. Docherty*
                                     JOHN F. DOCHERTY
                                     United States Magistrate Judge