# THE MERMIGIS LAW GROUP, P.C.
85 Cold Spring Road
Syosset, NY 11791
516-353-0075
MermigisLaw@GMail.com

March 22, 2022

The Honorable John F. Docherty
U.S. Magistrate Judge
United States District Court
Courtroom 6A
316 N. Robert Street
St. Paul, MN  55101

                                RE:    Catelin Clobes v. NBCUniversal Media LLC.
                                         Case No. 21-CV-2117 (PJS/JFD)

Dear Judge Docherty:

    We represent the Plaintiff in the above referenced matter. We are respectfully requesting a ten day enlargement of your Honor's February 15 Order to file an amended complaint in order to allege with specificity the citizenship of each member of NBCUniversal Media LLC. We need additional time to acquire additional information about the identity and citizenship of a NBCUniversal Media LLC's members.

    It would be prejudicial to my client for this Honorable Court to dismiss this case with or without prejudice since the Statute of Limitations has run. There would be no burden on Defendant if the Court were to grant a 10 day enlargement.

    In addition, we are also respectfully requesting a fourteen day enlargement to "file and serve specific written objections to your Honor's proposed finding and recommendations."

    It must be noted that we did consent to a thirty day enlargement for Defendant to respond to our Complaint.

Thank you for your time and consideration.

Respectfully,

*Marjorie Holsten*
Marjorie Holsten

*James G. Mermigis*
James G. Mermigis