UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATELIN CLOBES,<br><br>  Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC,<br>BRANDY ZADROZNY, and ALIZA NADI,<br><br>  Defendants. | Civil Action No.<br>21-cv-02117-PJS-JFD<br><br>MOTION TO DISMISS<br>PLAINTIFF'S SECOND AMENDED<br>COMPLAINT<br>BY DEFENDANT<br>NBCUNIVERSAL MEDIA, LLC |

Defendant NBCUniversal Media, LLC ("NBC"), hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Second Amended Complaint filed by Catelin Clobes with prejudice for failure to state a claim upon which relief can be granted.

WHEREFORE, NBC respectfully requests that the Court enter an order granting its Motion to Dismiss and dismissing the Second Amended Complaint with prejudice.

Dated:  April 27, 2022                    BALLARD SPAHR LLP

                                           /s/ Leita Walker
                                          Leita Walker (MN Bar No. 0387095)
                                          walkerl@ballardspahr.com
                                          2000 IDS Center
                                          80 South 8th Street
                                          Minneapolis, MN 55402-2119
                                          Telephone: 612.701.5192

                                          Leslie Minora (*pro hac vice*)
                                          minoral@ballardspahr.com
                                          1735 Market Street, 51st Floor
                                          Philadelphia, PA 19103-7599

Telephone: 215.665.8500

*Counsel for Defendant NBCUniversal Media, LLC*