# Exhibit C

2/7/22, 2:41 PM                                                                 ME Letter to Clobes.jpg



**Midwest Medical Examiner's Office**
14341 Rhinestone Street NW, Ramsey, MN 55303
Phone: 763-324-4400 ♦ Fax: 763-324-1042

A. Quinn Strobl M.D. Chief Medical Examiner

Anne Bracey M.D.   ♦   Rebecca Asch-Kendrick M.D.   ♦   Veena Singh M.D.

June 26, 2019

Ms. Catie Clobes
800 – 6th Avenue #8
Howard Lake, MN 55349

Dear Ms. Clobes:

Thank you for your follow-up communication regarding Evee's death investigation. I have taken the opportunity to re-review all the case information, including scene description and photos, law enforcement reports and photos, autopsy report and photos, tissue samples, and other studies. I have also discussed the case again with the investigating law enforcement agency and other forensic pathologists. I requested the law enforcement report and reviewed an initial examination of your daughter by a Detective Kramer, which I had not previously seen. As you are aware, Evee was found dead in an adult bed which also contained you, an adult-sized comforter, and adult-sized pillows, factors which create an unsafe sleeping environment for an infant. All photos of Evee clearly show pooling of the blood over the front of her body and face, indicating that she was face-down in the bed when she died and for some time afterwards; this is supported by the presence of purge fluid on the sheet in the area where Evee was sleeping. The examination by Detective Kramer specifically notes impressions on Evee's face due to being face down on blankets. Given these scene and autopsy findings, the most accurate diagnosis is positional asphyxia. I will therefore be amending the death certificate to reflect this. Because there are no scene or autopsy findings and no scientific literature to support vaccination as a cause of, or contributor to, Evee's death, the death certificate will not be amended to include vaccination.

I am aware of your desire to petition the U.S. Court of Federal Claims ("vaccine court"). Our office will provide the additional samples you have requested to date. At this time, we are able to send two H&E stained slides of medulla as well as a CD68-stained slide of tissue block 12 to your neuropathologist consultant. Unfortunately, we do not have the resources to continue to accommodate these haphazard requests in the future, especially as they are not related to determining the cause and manner of death. Therefore, we will be unable to provide further tissue or slides to support your vaccination court case.

Once more, please accept my condolences on the death of your daughter.

Sincerely,

A. Quinn Strobl, M.D.
Wright County Medical Examiner

AQS:vlb
cc: Dr. Douglas Miller

https://drive.google.com/file/d/1pR8Hvy23XVzuIBI9NOMe_OsXEBl8M-Zc/view                                                                    1/1