# Exhibit D




# Wright County Sheriff's Office

## Sheriff Sean Deringer

3800 Braddock Ave. NE, Buffalo, MN 55313
1-800-362-3667   Fax: 763-682-7610

Case WP19006272

Printed on August 5, 2019

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Patrol Unit |
| **CIBRS Classification** | |
| **Primary Officer** | Wesley Holland |
| **Investigator** | None |
| **Reported At** | 03/01/19 06:56 |
| **Incident Date** | 03/01/19 06:56 |
| **Incident Code** | DEATH : Death Investigation - Accidental |
| **Location** | 800 6TH AVE UNIT 8, HOWARD LAKE, MN 55349 |
| **Zone** | DISTRICT 5 |
| **Beat** | HOWARD LAKE |
| **Disposition** | Closed - Resolved |
| **Disposition Date/Time** | 04/01/19 15:44 |
| **Review for Gang Activity** | None |

### Offense Information

| | |
|---|---|
| **Offense** | Death - Closed Undetermined |
| **Statute** | |
| **UCR Code** | |
| **Counts** | 1 |
| **Offense Details** | Case was Exceptionally Cleared |

### Dispatch Information

| | |
|---|---|
| **CFS #** | 2019016177 |
| **Location** | 800 6TH AVE UNIT 8, HOWARD LAKE, MN 55349 |
| **Incident Code** | FNDBODY : Found Body |
| **Occurred Between** | 03/01/19 06:56:51 and |

| **Assigned** | 06:58:06 | **Enroute** | 07:01:14 | **On Scene** | 07:05:05 | **Completed** | 11:44:37 |

## Primary Narrative By Wesley Holland, 03/01/19 11:15

**INCIDENT SUMMARY**

On 03-01-2019, I was dispatched to a possible death of a 6 month old daughter being called in by child's mother at 800 6TH AVE UNIT 8( HOWARD LAKE).

I arrived to see Howard Lake Ambulance Crew loading mother and child for a code run to Buffalo Hospital.

I checked the apartment unit number 8 from the hallway and determined no one was at the residence.

I was advised the child was pronounced dead at Buffalo Hospital.

Wright County Detectives and Major Crimes Deputy investigated the death scene.

**OFFICERS ASSISTING**
Wright County Detectives- Deputy Paul Fladung, Deputy Krystal Kramer
Deputy Dean Olson

**OFFICER'S OBSERVATIONS / ACTIONS**
On 03-01-2019 at 0658, I was dispatched to a possible death of a 6 month old daughter being called in by child's mother at 800 6TH AVE UNIT 8( HOWARD LAKE).

I arrived at 0705 hours to an address on 8th St where Howard Lake Ambulance was located.
They were responding back to the ambulance due to it being the wrong address.

We went a half a block to 800 6th Ave Unit 8.

As I was getting out of my squad, I saw a member of the ambulance crew take a limp child from its mother in the parking lot. I also saw a male with the mother that I later found out was a member of the fire department that had responded in his personal vehicle.

They loaded and left for Buffalo Hospital right away.

I didn't approach mother or child while they were loading in ambulance.

I then went to unit 8 when I was alone on the scene.

The door to the apartment was not latched (outside of the door was resting on inside of the door frame). I opened the door so I could stick my head inside. I announced my presence as Wright County Deputy Holland and asked if anyone was inside. There was no answer.

I then stayed in the hallway securing the scene until Major Crime Unit and Detectives took over the scene.

I cleared at 1111 hours.

Deputy Holland #376


**EVIDENCE GATHERED**
(6) photos of apartment building/hallway



**DISPOSITION**
 active


**ROUTING**
 records




# Wright County Sheriff's Office

## Sheriff Sean Deringer

3800 Braddock Ave. NE, Buffalo, MN 55313
1-800-362-3667   Fax: 763-682-7610

Case WCID19006272                                                                 Printed on August 5, 2019

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Investigations Unit |
| **CIBRS Classification** | |
| **Primary Officer** | Paul Fladung |
| **Investigator** | Paul Fladung |
| **Reported At** | 03/01/19 06:56 |
| **Incident Date** | 03/01/19 06:56 |
| **Incident Code** | DEATH : Death Investigation - Accidental |
| **Location** | 800 6TH AVE UNIT 8, HOWARD LAKE, MN 55349 |
| **Zone** | DISTRICT 5 |
| **Beat** | HOWARD LAKE |
| **Disposition** | Closed - Resolved |
| **Disposition Date/Time** | 04/01/19 15:45 |
| **Review for Gang Activity** | None |

### Case Comments
call out

### Offense Information

| | |
|---|---|
| **Offense** | Death - Closed Undetermined |
| **Statute** | |
| **UCR Code** | |
| **Counts** | 1 |
| **Offense Details** | Case was Exceptionally Cleared |

### Victim

**CLOBES, EVEE GAYLE**
  JUVENILE, Female, DOB ▮▮▮▮

  800 6TH AVE UNIT 8
  HOWARD LAKE, MN 55313

  Mother: CLOBES, CATELIN BETH
    800 6TH AVE UNIT 8
    HOWARD LAKE, MN 55349

9999 - Death - Closed Undetermined - Case was Exceptionally Cleared

### Witness

**CLOBES, CATELIN BETH**
  Female, DOB ▮▮▮▮

  800 6TH AVE UNIT 8
  HOWARD LAKE, MN 55349

9999 - Death - Closed Undetermined - Case was Exceptionally Cleared

**Other**

**CLOBES, CATELIN BETH**
    Female, DOB

    800 6TH AVE UNIT 8
    HOWARD LAKE, MN 55349

Parent/Guardian: 9999 - Death - Closed Undetermined - Case was Exceptionally Cleared

**CLOBES, EVEE GAYLE**
    JUVENILE, Female, DOB

    800 6TH AVE UNIT 8
    HOWARD LAKE, MN 55313

    Mother: CLOBES, CATELIN BETH
        800 6TH AVE UNIT 8
        HOWARD LAKE, MN 55349

Deceased: 9999 - Death - Closed Undetermined - Case was Exceptionally Cleared

# Primary Narrative By Paul Fladung, 03/06/19 12:39

**Investigation Report -Fladung**

**Investigation Report:**
On 03/01/19, I received a phone call from Sgt Russ Erkens regarding a death investigation where the female part, Evee Gayle Clobes DOB was found by her mother, Catelin (Catie) Beth Clobes DOB this morning not breathing, and was transported by Howard Lake Ambulance to the Buffalo Alina Hospital, where she was pronounced deceased.

Detective Krystal Kramer was started to assist with a search warrant for the address of the medical, 800 6th Ave Unit #8, in the city of Howard Lake MN 55349. Requests were made to the Howard Lake Police Department regarding if they wished to continue the investigation. From speaking with Sgt Erkens, Howard Lake Chief Dave Thompson advised that we could continue the investigation and conduct the interviews as needed. Chief Thompson would assist with scene security until a search warrant was obtained.

I arrived at the Buffalo Alina Hospital and met with Howard Lake Ambulance members and hospital staff. When I arrived, I was notified that Catelin was in the trauma bay with Evee holding her in a blanket. I spoke to attending ER doctor who stated that he did not observe any sign of trauma on the child and that there were no marks that he saw that he would attribute as injuries that were the cause of death.

I spoke to Howard Lake Ambulance medic, Jake Durch, who stated that he was the only member of the crew who entered the apartment when the call came out. Durch stated that he arrived on scene, entered the apartment, met Catelin in the bedroom who was sitting on the bed holding Evee, and brought her out to the ambulance where she was transported with Catelin to the Buffalo hospital. Durch stated that ambulance crew personnel attended to Evee during the transport.

Sgt Erkens stated that Carrie Notch was being dispatched by the Midwest Medical Examiner's Office, but was still in transit at the time, being another 45 minutes out from the hospital. I spoke to Notch by phone who requested that I take initial photographs of Evee prior to her arrival to document Evee's body and signs in her body will change over time as she is being held and could deteriorate and change her appearance. Notch was supportive of the concept pf Catelin being with Evee at this time, but just requested photographs to document the scene and appearance.

I next spoke to nursing staff and discussed with them the plan to wait until Carrie Notch arrived from the Medical Examiner's office before interviewing Catelin, but that I would need access to Evee prior.

Arrangements were made to have Catelin step out of the room and I was assisted in my photographs by an ER Nurse.

Evee appeared to be a normal sized six-month-old child, who was showing pooling of the blood on the right arm and chest area.  Evee had white markings in the skin showing creases that were also located on her face indicating that the right side was in contact with an object, possibly a blanket.  White pressure areas on the face of Evee were consistent with a child that would have been on her face, showing in the chin, upper lip, and nose nose/bridge area.  Redding of the check also indicate that the face was downward.  No signs of any trauma to the face/head, neck, or back area of Evee.  No signs of petechia were visible in the eye whites, checks, gums, or lips of Evee.  Evee had visible liver showing on the back area since she had been on her back since being transported, along with showing signs of pressure markings that were consistent with being wrapped in a blanket and being held.  It was explained to me that mom and hospital staff had removed Evee's pajamas when she arrived.  Those items were collected by me and would later be placed into the CID short term evidence lockers until they could be entered into evidence.

Once the photographs were completed, Evee was returned to her blanket and Catelin was back in the room holding her.  A Buffalo Hospital Social Worker was present when I introduced myself to Catelin and explained to I'd like to speak to her when the medical examiner arrived, and we discussed some of the tasks that I would need to complete before the day was over, including a re-enactment of last night to this morning.  Catelin stated that she understood and that she was willing to help us in any way.

Buffalo Hospital staff had located Catelin's parents that morning at a wrestling tournament in St Paul, and her parents had arrived at the Buffalo ER to be with her.

Carrie Notch arrived at this time and family was moved to the spiritual center located at the Buffalo Hospital.  I, Amanda Gerads of Human Services, and Carrie Notch met with Catelin in the ER room with Evee being held by Catelin.

**Interview:**
**The following is a summary of the statements made by Catelin Clobes:**

- Daughter's name is Evee Gayle Clobes DOB ▇▇▇▇▇▇
- Catelin stated that Evee has no father, no one signed on the birth certificate -father not in the picture
- Catelin has two other children who are 11 and 5 years old, who live with their fathers
- Evee was born full term, vaginally, with no complications -Born at the St Cloud Hospital
- Neither Evee or Catelin's other two children have any medical conditions
- Catelin started prenatal care in March of 2018 -from St Cloud clinics/ United Hospitals in St Paul/ and Park Nicolette
- Catelin reported no medical conditions during pregnancy
- Catelin reported that during the pregnancy she had left an abusive relationship and had admitted herself to the psych-ward of United Hospital -right away during the pregnancy when prenatal care started
- Catlin stated that she had minor drug use (opiates) when she first found out she was pregnant -Cord for Evee tested negative for drugs
- Catlin took Cymbalta during the pregnancy along with prenatal vitamins
- Evee was not around alcohol or tobacco
- Catlin stated that she drank on 02/28/19 -a sour mash strawberry whiskey -Evee did not feed that night
- Evee is breast fed
- Evee last ate at 2100 hour on 02/28/19, only eating off of the right breast (emptied breast) -Cluster feeds a lot -comfort -feeds on average very two hours -Just started solid foods recently
- Evee just had a clinic visit at Alina Health in Buffalo for a checkup, got shots -Doctor Taladon but she saw Dr Nelson -Clinic visit was good, she was in good health -Evee received two shots, Dtap and one other -No reactions -everything sounded and looked perfect
- During her delivery she stayed an extra day -when she was born she needed oxygen briefly -but everything was good
- Sleeping arrangements -sleeps in the bed with mom, has a co-sleeper, but Evee is to big for it
- Evee sleeps on the side of the queen bed with Catlin
- Evee slept in bed with her last night

- This morning when Catlin woke up, Evee was still in bed, Catlin got up to go to the bathroom and then returned to the room to wake Evee up and feed her -Catlin was calling her name and Evee was not moving/ not stretching
- Catlin stated that she kept calling her name over and over and looking at her, when she picked her up Evee was cold
- Catlin stated that she could see a dried bubble on her face in her nose, that was orange in color
- Catlin stated that she then called 911
- Catlin stated that Evee was on her back when she saw found her this morning -Evee was laid down on her back and found on her back
- Catlin stated that she is a light sleeper
- Catlin stated that Evee was not covered up with a blanket and that there were no objects around her, no pillows
- Catlin stated that about a few feet was the distance between them
- Catlin stated that she normally goes to bed with her, but last night she did not
- Catlin feels that Evee went to bed around 2100, and she went to bed at 2300 hours -Evee was still alive when she went to bed
- Catlin stated that Evee will sleep between 7-8 hours at a time
- Catlin stated that Evee receives no care from anyone else -No daycare, not around others except for her parents -Nothing that they directly care for her, just around her -24 hours a day
- Catlin stated that as far an any other unexplained infant deaths in the family she stated that her uncle's daughter past away over the age of 6 months, but it was listed as SIDs
- Catlin stated that neither she or her parents have any hereditary health concerns
- Catlin stated that Evee has not been sick, loose stools, or fevers recently
- Catlin stated that she was told by the doctors that Evee was right on track for milestones and weight
- Catlin stated that she understood the reason for a re-enactment and would be willing to participate
- Catlin stated that last night Evee was not laying in anything or swaddled last night
- Catlin stated that Evee is rolling now -pushes herself up
- Catlin stated that her bed is a crappy mattress with a shallow mattress topper sheet, not a thick topper, no memory foam or pillow tops

**Re-enactment:**
Re-enactment was completed at 800 6 th Ave Unit 8, in Howard Lake, inside the bedroom of Catelin.  The re-enactment was video recorded on my Wright County Sheriff's Office Cell phone and downloaded to a flash-drive and entered into evidence.

During the re-enactment Catelin showed:

- How Evee was placed on the bed next to her wearing her pajamas, no pillows around her
- How Catelin slept on the bed next to her, body positioning at the time she laid down and woke up
- How Evee was positioned when Catelin got up this morning
- Where Evee's head was located on the bed, how she was face up with her left arm up and right arm down, how there was a red fluid bubble on her nostril
- Catelin showed how she tried to wake Evee up and when she discovered that she was not moving what she did next


At the end of the re-enactment, Deputy MCIU Dean Olson took the bed sheet for evidence since it had a small red stain in the fabric in the area where Catelin stated that Evee was laying.

While at the residence, which was held at the time with a search warrant, Deputy Dean Olson and Detective Krystal Kramer both indicated that photographs were the only thing that had been completed at this time.  I spoke to Catelin who stated that she wanted to get a few of her clothing items as she would be staying at her parent's residence in Waverly.  A key for the apartment was left with Chief Thompson so that the unit could be locked up when we were finished with the search warrant.

No items of interest were located inside the apartment. A small wooden box was located in the bathroom, that contained drug paraphernalia. The item was collected to be destroyed.

Chief Thompson had the key when we left the unit.

**Autopsy/ Post Examination:**
The autopsy for Evee was completed that afternoon at the Midwest Medical Examiner's Office. I and Detective Kramer observed the autopsy. The autopsy showed that Evee suffered no traumatic injuries to her body which would account for the cause of her death. Dr. Quinn Strobl, who preformed the exam, indicated in her preliminary report that Evee Clobes was a well-developed, well-nourished infant female with no anatomic cause of death. Toxicology, histology, and microbiology cultures are pending the final Midwest Examiner's Office Report.

On 04/01/19, I received the final Midwest Medical Examiner's Report. The report indicated that the findings at the autopsy showed anterior livor of the chest and legs which are concerning for an unsafe sleep environment. Since all of the autopsy findings were negative or non-specific, there is concern regarding the sleep environment, the cause and manner of death were classified as undetermined. Co-sleeping was in adult was listed as a significant condition.

**Howard Lake Ambulance Run Sheet/ Medical Records Request:**
On 03/06/19 a request for medical records/ reports along with a copy of the Howard Lake Ambulance run sheet was made via WrightFax to Alina Health. Original release of information for was signed by Catelin Clobes on 03/01/19 when we met at the Buffalo Hospital.

**Disposition:**
At the time of the final Midwest Medical Examiner's Report, the cause and manner of death were listed as "Undetermined" and Co-Sleeping with an adult was listed as a significant condition.

Paul Fladung #355
## Supporting Narrative By Krystal Kramer, 03/06/19 16:03

On 03/01/19 I was contacted by Sgt. Erkens to assist Detective Fladung on an infant found deceased in the City of Howard Lake. Per Sgt. Erkens I was to draft a search warrant for the address of 800 6th Ave Unit 8 for items such as items including but not limited to bedding, pillows, and cell phones or items leading to the discovery of evidence to aid Law Enforcement in it's investigation into Evee Gayle Clobes' death. I was advised that Evee was found deceased by her mother, Catelin Beth Clobes, and was taken by Howard Lake Ambulance to Buffalo Hospital. I was able to obtain a search warrant signed by the Honorable Judge Elizabeth Strand for 800 6th Ave Unit 8. The search warrant was executed by myself and Deputy Dean Olson with the Wright County Sherriff's Office Major Crimes Investigation Unit at 0916 hours on 03/01/19. During the execution of the search warrant, photographs and scene documentation was done by Deputy D. Olson.

I observed the apartment was a one bedroom apartment that was sparsely furnished with one bed in the bedroom. I observed what appeared to be a bassinet covered in clean clothes near the bed on the floor. While on scene Deputy Olson and I observed what appeared to be a small amount of blood stain on the fitted bed sheets of Catelin's bed, in the area that Catelin later stated was where Evee was sleeping. Detective Fladung, Medical Examiner Carrie Notch as well as Catelin arrived at the apartment. I advised Catelin that the Sheriff's Office had obtained a search warrant to her apartment to assist in determining the cause of death of Evee.

I stood by and observed Detective Fladung and ME Notch perform a re-enactment with Catelin. After the re-enactment was concluded, Catelin departed the residence. Deputy Olson collected the fitted bed sheet and Detective Fladung and I continued searching the residence. It was discovered that there was an appropriate amount of food, but was sparse for personal effects which would be appropriate as Catelin advised she and Evee had recently moved in. In the bathroom it was discovered in the large under sink storage area an open pink makeup bag that contained a wooden dug out and pipe with an odor of marijuana coming from it. This dug out was collected and turned into evidence to be

destroyed. Nothing else of note was located or collected. An Inventory Receipt was left at the scene for the dug out and the fitted bed sheet. All personnel cleared the scene at this time with the door being secured.

K. Kramer 162




## Wright County Sheriff's Office

### Sheriff Sean Deringer

3800 Braddock Ave. NE, Buffalo, MN 55313
1-800-362-3667    Fax: 763-682-7610

Case WMCI19006272 — Printed on August 5, 2019

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Major Crimes Unit |
| **CIBRS Classification** | |
| **Primary Officer** | Dean Olson |
| **Investigator** | Dean Olson |
| **Reported At** | 03/01/19 06:56 |
| **Incident Date** | 03/01/19 06:56 |
| **Incident Code** | DEATH : Death Investigation - Accidental |
| **Location** | 800 6TH AVE UNIT 8, HOWARD LAKE, MN 55349 |
| **Zone** | DISTRICT 5 |
| **Beat** | HOWARD LAKE |
| **Disposition** | Closed - Resolved |
| **Disposition Date/Time** | 04/01/19 15:45 |
| **Review for Gang Activity** | None |

## Primary Narrative By Dean Olson, 03/05/19 15:06

On 03/01/2019 at approximately 0916 hours, I responded to the scene of a death investigation at 800 6th Ave, Apartment #8, in the City of Howard Lake. I was advised that Catelin Beth Clobes           reported finding her daughter, Evee Gayle Cloves           was not breathing when she went to wake her. Both Catelin and Evee were transported to Buffalo Hospital by Howard Lake Ambulance prior to my arrival. Just prior to my arrival I was advised that Detective Krystal Kramer had a singed search warrant for the apartment. I documented the scene with digital photographs and a 3D laser scan of the bedroom. Detective Paul Fladung and the Medical Examiners Investigator, Carrie Notch, arrived on scene with Catelin and her sister. I documented the reenactment of where Evee was placed and her position when she was put to bed, and her position in the morning. I collected the bottom fitted bed sheet as evidence and cleared the scene at approximately 1142 hours.

This residence is an apartment building located on the east side of 6th Ave. There is parking lot and entrance doors to the building located on the west and east side of this two-story building. There are separate apartments on the north and south sides of long hallways running east and west. Apartment #8 is located on the second level in northwest corner of the building. The door leads into the entry way with the kitchen in the southwest corner, the living room in the northwest corner and the only bedroom in the northeast corner. The bathroom is located just east of the front door. I noted this apartment was somewhat cluttered but overall was clean and well kept. After photographing the entire apartment, I documented the bedroom with a Panoscan PointGun 3D laser scanner. It should be noted that I placed Cal tags on the door to the bedroom and spaced them out approximately 3 feet using a manual tape measurer.

I took overall photographs of the apartment and the bedroom where both Catelin and Evee were sleeping. I noted a small apparent blood stain on the southeast corner of the bed next to a pillow. This bed was in the northeast corner of the bedroom with the head of the bed against the east wall. There was no crib in the apartment and it appeared that both Catelin and Evee slept in this bed together with Catelin on the north end. I photograph the position they were in when sleeping and Catelin stated that her daughter did not have any blanks around her and was laying on her back with her head pointed east. Catelin also stated that was the position that she found her in in the morning and that she observed a bubble of blood at her nose. This would be consistent with the location of the blood stain on the

bottom sheet and the position Catelin placed Evee in. I collected this bottom sheet as evidence. I entered the sheet and a CD with the files from the laser scanner into evidence.
Deputy Dean Olson #145