# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Catelin Clobes, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| NBCUniversal Media, LLC, | Case No: 22-CV-2117 (PJS/JFD) |
| | Date: September 6, 2022 |
| Defendant. | Deputy: C. Glover |
| | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 8:34 a.m. |
| | Time Concluded: 9:00 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 26 Minutes |

Hearing on: **Defendant's Motion to Dismiss [Docket No. 38]**

APPEARANCES:

   Plaintiff:   James Mermigis, Marjorie Holsten
   Defendant:   Leslie Minora, Leita Walker

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**IT IS ORDERED:

   ☐ **Submitted**     ☐ **Sustained**     ☐ **Overruled**
   ☐ Brief time set:
   ☒ Motion taken under advisement, written order forthcoming.

                                                                    s/C. Glover
                                                                Courtroom Deputy